1008

SOUTHERN HOLDINGS & SECURITIES CORPORATION, Appellant, v. KENTUCKY RIVER COAL CORPORATION, Appellee.

No. 8241.

Circuit Court of Appeals, Sixth Circuit.

June 3, 1940.

Cleon K. Calvert, of Pineville, Ky., Kent V. Gay, of St. Louis, Mo., S. M. Ward, of Hazard, Ky., and J. G. Bruce, of Washington, D. C., for appellant.

P. T. Wheeler, of Hazard, Ky., Samuel M. Wilson, of Lexington, Ky., and J. E. Johnson, Jr., of Hazard, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the entire record, briefs and oral argument, upon consideration whereof, it is ordered and adjudged that the motion to strike the record and dismiss the appeal filed March 21, 1939, is denied, and the judgment appealed from is affirmed upon the grounds and for the reasons stated in the opinion of the District Court filed January 10, 1938, 21 F.Supp. 757.

UNITED STATES of America v. Abbott M. FOX, Temporary Trustee of Bergland Lumber Company.

No. 8669.

Circuit Court of Appeals, Sixth Circuit.

June 5, 1940.

Joseph F. Deeb, of Grand Rapids, Mich., for appellant.

Bulkley, Ledyard, Dickinson & Wright, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to agreement of counsel, it is ordered that this appeal be and the same is docketed and dismissed, the costs to be charged against the Government as constructive earnings.

UNITED STATES of America, on the Relation of Jan SCHREIBER, as Next Friend of Joseph Arthur Hollander, Felecia Schreiber Hollander and Arnold Spitzman, Petitioner-Appellant, v. Rudolph REIMER, Commissioner of Immigration at Ellis Island, N. Y., Respondent-Appellee.

No. 409.

Circuit Court of Appeals, Second Circuit.

June 21, 1940.

Jacob J. Lesser, of New York City, for appellant.

David McKibbin, III, Asst. U. S. Atty., of New York City, for appellee.

Before SWAN, CLARK, and PATTERSON, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

Joe ZEWEZUBUCK, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, (Dr. M. R. King, Warden of the Medical Center for Federal Prisoners, Springfield, Mo., Substituted Appellee in the place of Joseph W. Sanford, Warden, Etc.), Appellee. No. 9284.

Circuit Court of Appeals, Fifth Circuit.

March 13, 1940.

No appearance was entered on behalf of appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and Jas. T. Manning, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

For the reasons stated by the trial judge, 32 F.Supp. 124, the judgment is affirmed.